United States District Court
Southern District of Texas
**ENTERED**
April 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABDUDAZIZ ELKISH, ON BEHALF OF HIMSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 4:18-CV-1055 ) |
| vs. | ) ) |
| PREMIER CC, INC., | ) ) ) |
| Defendant. | ) ) |

## ~~PROPOSED~~ ORDER

This Court hereby approves the settlement of the named (and only) Plaintiff's FLSA claims as fair and reasonable, ordering those claims dismissed with prejudice, and retaining jurisdiction to enforce the parties' *Settlement Agreement and Release*.

_____
THE HONORABLE SIM LAKE